**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES MONTGOMERY, | ) | NO. SACV 09-1496-VBF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LYLE ROBERTSON, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 25, 2010.

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE